# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. GEORGE CUNNINGHAM

Docket No. 3:00CR00044(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of George Cunningham who was sentenced to 4 years probation for a violation of 21 U.S.C. 843(b), Use of a Telephone to Facilitate a Narcotics Trafficking Offense, by the Honorable Janet C. Hall, United States District Judge, sitting in the court at Bridgeport, Connecticut on November 9, 2001 who fixed the period of probation at 4 years which commenced on that same date. However, Mr. Cunningham was incarcerated for a state charge from June 13, 2003 until June 8, 2004 making him unavailable for supervision on his federal probation, which was statutorily suspended. His probation expiration date is now November 3, 2006. The Court imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer, which may include drug testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of, the costs associated with substance abuse treatment based on his ability to pya, in an amount to be determined by the probation officer. 2) The defendant shall perform 100 hours of community service to be completed in the first eighteen months of supervision. 3) The defendant shall maintain full-time employment or be involved in vocation training; and 4) The defendant shall pay a fine in the amount of $2,000, at a rate of $100 per month. This amount is subject to change based on a change in financial circumstances. Interest on the fine is waived unless timely payments are not made.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

Special Condition:    "The defendant shall perform 100 hours of community service to be completed in the first eighteen months of supervision."

Mr. Cunningham has provided verification of 50.5 hours of community service, leaving a remaining unverified balance of 49.5 hours.

Special Condition:    "The defendant shall pay a fine in the amount of $2,000, at a rate of $100 per month."

Mr. Cunningham has an outstanding balance of $1,100 toward his fine. His last payment was recorded on February 14, 2002.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons tolling the period of probation and directing George Cunningham to appear before this court at Bridgeport, Connecticut on _Nov. 20, 2006_ at _3 pm_ to show cause why probation should not be revoked.

**ORDER OF COURT**

Considered and ordered this _1st_ day of _Nov_, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

_Vicki M. Stackpole_
Vicki M. Stackpole
United States Probation Officer

Place _Bpt_

Date _Nov. 1, 2006_

Before me, the Honorable Janet C. Hall, United States District Judge, on this _1st_ day of November 2006 at _4:10 pm_ U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Janet C. Hall
United States District Judge