## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Criminal No. |
| | : | 3:00CR00044(JCH) |
| | : | |
| George Cunningham | : | November 27, 2006 |

## ORDER EXTENDING THE
## TERM OF PROBATION FOR ONE YEAR

The above-named probationer appeared before the Honorable Janet C. Hall, U.S. District Judge, in the United States District Court at Bridgeport, Connecticut, on November 9, 2001, and was sentenced on a violation of Title 21 U.S.C. §843(b), Use of a Telephone to Facilitate a Narcotics Trafficking Offense, to four years' probation with the following special conditions: 1) the defendant shall participate in a substance abuse treatment program, either on an inpatient or outpatient, as directed by the probation officer, which may include drug testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, costs associated with this treatment, based on his ability to pay, in an amount to be determined by the probation officer; 2) the defendant shall perform 100 hours of community service.

The Probationer was brought before the Court on November 20, 2006, for alleged violations of the Conditions of Probation as set forth with specificity in the Probation Form 12 filed with this Court on November 1, 2006.

The Court found that the Probationer has violated the Condition of Probation that he pay a fine as imposed by the Court on November 9, 2001.

NOW, THEREFORE, it is ordered that the Probation imposed on November 9, 2001, be extended for a one year period, yielding a termination date of November 2, 2007.

      IT IS FURTHER ordered that the probation term be reimposed with the following special condition: The defendant shall make payments toward his outstanding fine payment of $1,100 at a rate of $100 per month with the first payment being made on December 1, 2006 followed by subsequent payments on the first of each month.

      IT IS SO ORDERED.

      Dated at Bridgeport, Connecticut, this 27th day of November 2006.

      /s/ Janet C. Hall
      Janet C. Hall
      United States District Judge