# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. GEORGE CUNNINGHAM

FILED Docket No. 3:00CR00044(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

2007 OCT -1 P 3:53

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of George Cunningham, who was sentenced to 4 years' probation for a violation of 21 U.S.C. § 843(b), Use of a Telephone to Facilitate a Narcotics Trafficking Offense, by the Honorable Janet C. Hall, United States District Judge, sitting in the court at Bridgeport, Connecticut on November 9, 2001 who fixed the period of probation at 4 years which commenced on that same date. However, Mr. Cunningham was incarcerated for a state charge from June 13, 2003 until June 8, 2004 making him unavailable for supervision on his federal probation, which was statutorily suspended. His probation expiration date is now November 3, 2006. The Court imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer, which may include drug testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of, the costs associated with substance abuse treatment based on his ability to pay, in an amount to be determined by the probation officer;  2) The defendant shall perform 100 hours of community service to be completed in the first eighteen months of supervision;  3) The defendant shall maintain full-time employment or be involved in vocational training; and  4) The defendant shall pay a fine in the amount of $2,000, at a rate of $100 per month. This amount is subject to change based on a change in financial circumstances. Interest on the fine is waived unless timely payments are not made. On November 20, 2006, a hearing was held due to the offender's failure to pay his fine. Pursuant to that hearing, the Court extended the offender's term of probation by one year. His scheduled termination date is November 2, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

<u>Special Condition</u>:   "The defendant shall pay a fine in the amount of $2,000, at a rate of $100 per month."

Mr. Cunningham has an outstanding balance of $900 toward his fine. His last payment was recorded on January 17, 2007

<u>Standard Condition</u>: "The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons, and shall submit a truthful and complete written report within the first 5 days of each month."

Mr. Cunningham reported to the office in January and June of 2007 but failed to submit his written reports and failed to report to the office all other months. Multiple attempts to contact him where unsuccessful. Mr. Cunningham has also made multiple promises that he would be bringing in the payment but has failed to do so, with his most recent telephone contact being on September 20, 2007, wherein he indicated that he will make his payment on Tuesday, September 25, 2007.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons and directing George Cunningham to appear before this court at Bridgeport, Connecticut on _October 15, 2007_ at _4:00_ show cause why probation should not be revoked.

**ORDER OF COURT**

Considered and ordered this _1ST_ day of _OCT_, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

_Vicki Stackpole_
Vicki M. Stackpole
United States Probation Officer

Place _BPT_

Date _10-1-07_

Before me, the Honorable Janet C. Hall, United States District Judge, on this _1ST_ day of _October_ 2007 at Bridgeport, Connecticut U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Janet C. Hall
United States District Judge

JPM