UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **3:00CR44 (JCH)** |
| v. : | |
| : | **OCTOBER 17, 2007** |
| **GEORGE CUNNINGHAM** : | |

## MOTION TO RECONSIDER

The Defendant, GEORGE CUNNINGHAM, hereby requests that this Honorable Court reconsider the sentence of four months incarceration that was imposed on October 15, 2007. Mr. Cunningham was ordered to surrender to the U.S. Marshal's Office on October 17, 2007 @ 12:00pm. In support of this Motion, the Defendant states as follows:

1) The Defendant was sentenced by the Court (Hall, U.S.D.J.) to four months incarceration for his (a) failure to pay the $900.00 balance towards his fine and (b) failure to report to U.S. Probation as directed.

2) Mr. Cunningham paid the $900.00 balance due on October 16, 2007. This fine was paid to the clerk's office at U.S. District Court, Bridgeport, CT.

3) Due to the fact that Mr. Cunningham has satisfied his financial debt to the Court, it is requested that the Court reconsider the sentence of incarceration and also terminate the remaining period of his supervised release.

This Motion is being filed after consultation with United States Probation Officer Vicki M. Stackpole and Assistant United States Attorney Peter Markle.

THE DEFENDANT
GEORGE CUNNINGHAM

By __/s/_____
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC
923 EAST MAIN STREET, P.O. BOX 491
BRIDGEPORT, CT 06601
FED NO. 00148
(203) 333-6135 (phone)
(203) 333-6190 (fax)
fricciojd@aol.com (email)
www.ricciolaw.com (site)

**CERTIFICATION**

I hereby certify that on October 17, 2007, a copy of the foregoing was filed with U.S. District Court, 915 Lafayette Boulevard, Bridgeport, CT. Furthermore, a copy of the foregoing was served upon the following counsel and interested parties of record:

| | |
|---|---|
| Peter Markle, Esq. | Vicki Stackpole |
| Assistant United States Attorney | United States Probation Officer |
| Office of the United States Attorney | Office of United States Probation |
| Connecticut Financial Center | Connecticut Financial Center |
| 157 Church Street, 23rd Floor | 157 Church Street, 23rd Floor |
| New Haven, CT 06510 | New Haven, CT 06510 |
| Peter.Markle@usdoj.gov | Fax: 203-773-2200 |

*Complimentary chambers copy to:*
Honorable Janet C. Hall, U.S.D.J.
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

___/s/_____
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC