Oct 26 07 11:08a PAGE 02/02

10/23/2007 14:38 1-203-752-9080

CHRISTIAN TABERNACLE
Oct 23 2007 9:47 P. 02

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

                            :     3:00CR44 (JCH)

V.                              :

                            :     OCTOBER 17, 2007

GEORGE CUNNINGHAM           :

### NOTIFICATION TO DEFENDANT

The undersigned, counsel of record for GEORGE CUNNINGHAM, hereby certifies that he has

notified Mr. George Cunningham that "HIS REPORT DATE to the United States Marshals Service, 141

Church Street, New Haven, CT., has been extended from Wednesday, October 17, 2007 until 12.00 Noon

on November 1, 2007." At that time, Mr. Cunningham will report to begin the service of his sentence.

_____
FRANK J. RICCIO, ATTORNEY

I, GEORGE CUNNINGHAM, acknowledge that I have received a copy of the above document

and will abide by the terms of self-surrender which were modified by the Court on October 17, 2007.

_____
George Cunningham